UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

James Davis Bennett

    Plaintiff,                          Case No. 07-10968

v.                                            Hon. Nancy G. Edmunds

Flagstar Bank and Does 1-25,

    Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion for summary judgment is DENIED, Defendant's motion to dismiss is GRANTED, and the case is hereby DISMISSED.

    SO ORDERED.

                           s/Nancy G. Edmunds
                           Nancy G. Edmunds
                           United States District Judge

Dated: July 25, 2007

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 25, 2007, by electronic and/or ordinary mail.

                           s/Carol A. Hemeyer
                           Case Manager